PER CURIAM.

(No. 74-CC-293—Claimant

AMITY HOSPITAL SERVICE, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 25, 1974.*

AMITY HOSPITAL SERVICE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-
KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-321—Claimant

HELIX LIMITED, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 25, 1974.*

HELIX LIMITED, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-
KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.